# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 24, 2023

## NO. 03-21-00514-CV

**The State of Texas, Appellant**

**v.**

**Elgin Independent School District; Board of Trustees of Elgin Independent School District; Dr. Jodi Duron in her Official Capacity as Superintendent of the Elgin Independent School District; and Byron Mitchell, Beth Walterscheidt, Angie Edmon, Juanita Valarie Neidig, Pete Bega, JD Harkins, and David Glass in their Official Capacities as Trustees of the Elgin Independent School District, Appellees**

**APPEAL FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
BEFORE JUSTICES BAKER, TRIANA, AND THEOFANIS
VACATED AND DISMISSED FOR WANT OF JURISDICTION --
OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgment signed by the district court on October 6, 2021. Having reviewed the record, it appears that appellant's claims have become moot. Therefore, the Court vacates the district court's judgment and dismisses the case for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.